**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| International Shipbreaking Limited, LLC | Plaintiff, |
| -v- | |
| Kevin J. McCabe, et al. | Defendant. |

Case No. _____

**Rule 7.1 Statement**

'07 CIV 10532

JUDGE CONNER

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

International Shipbreaking Limited, LLC        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: November 17, 2007

Signature of Attorney

Attorney Bar Code: (WH-5192)

Form Rule7_1.pdf  SDNY Web 10/2007