**ORIGINAL**

Robert D. Lillienstein (RL 4585)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel. 212-554-7800
Fax. 212-554-7700
*Attorneys for Defendants* Kevin J. McCabe, Partridge Holdings, LLC., Mary Lou McCabe and Moses & Singer, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------
INTERNATIONAL SHIPBREAKING          :
LIMITED, LLC                        :
                                    :   07-cv-10532 (WCC)
            Plaintiff,              :   ECF CASE
                                    :
        v.                          :   STIPULATION ADJOURNING
                                    :   TIME TO ANSWER, MOVE OR
                                    :   OTHERWISE RESPOND TO THE
KEVIN J. McCABE, INDIVIDUALLY       :   COMPLAINT
AND DOING BUSINESS AS               :
PARTRIDGE HOLDINGS, LLC., MARY      :
LOU McCABE, MICHAEL C.              :
DONAVAN, AGRICULTURAL               :
EVOLUTION, INC. (d/b/a              :
AGRICULTURAL EVOLUTION, LLC),       :
DEBORAH I. MALDEN, RAVENSROCK       :
CAPITAL PARTNERS, LLC, and MOSES    :
& SINGER, LLP,                      :
                                    :
            Defendants.             :
--------

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys of record, as follows:

1. The time for the defendants Kevin J. McCabe, Partridge Holdings, LLC., Mary Lou McCabe and Moses & Singer, LLP, to answer, move or otherwise respond to the Complaint in this action is hereby extended to and including February 11, 2008;

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

E-COPIES MAILED TO COUNSEL OF RECORD for π
AND MAILED TO NAMED AS COUNSEL

2. This Stipulation may be executed by counsel in counterparts and via facsimile.

Dated: New York, New York
January 22, 2008

Heimerl Law Firm

By: _____

1 Anderson Road, Suite 105
Bernardsville, New Jersey 07924
Tel: (908) 766-3385
Fax: (908) 766-4821

Attorneys for Plaintiff

MOSES & SINGER LLP

By: _____
Robert D. Lillienstein

The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 554-7800
Fax: (212) 554-7700
*Attorneys for Defendants* Kevin J. McCabe, Partridge Holdings, LLC., Mary Lou McCabe and Moses & Singer, LLP

SO ORDERED:

_____
Hon. William C. Conner, U.S.D.J.

Dated: Jan. 28, 2008
White Plains, NY

667795v1 011139.0101