UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**HEIMERL LAW FIRM**
Wolfgang Heimerl, Esq. (WH-5192)
110 Wall Street, 11th Floor
New York, New York 10005
Tel. (212) 709-8370

Attorneys for Plaintiff
INTERNATIONAL SHIPBREAKING LIMITED, LLC

| | |
|---|---|
| INTERNATIONAL SHIPBREAKING LIMITED, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>KEVIN J. McCABE individually and doing business as PARTRIDGE HOLDINGS, LLC, MARY LOU McCABE, MICHAEL C. DONOVAN, AGRICULTURAL EVOLUTION, INC. (d/b/a AGRICULTURAL EVOLUTION, LLC), DEBORAH I. MALDEN, RAVENSROCK CAPITAL PARTNERS, LLC., and MOSES & SINGER, LLP.<br><br>Defendants. | Case No.: 07-cv-10532 (WCC)<br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil procedure 41(a)(1), Plaintiff International Shipbreaking Limited, LLC hereby voluntarily dismisses, without prejudice, the Complaint as to each and every defendant, with each party to bear its own costs, expenses and attorneys' fees, notice to the clerk being hereby waived.

Dated: February 11, 2008

                                              **HEIMERL LAW FIRM**
                                              Attorney for Plaintiff

                                              By: _/s/_____
                                                     Wolfgang Heimerl, Esq.