UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HEIMERL LAW FIRM
Wolfgang Heimerl, Esq. (WH-5192)
110 Wall Street, 11th Floor
New York, New York 10005
Tel. (212) 709-8370

ORIGINAL

Attorneys for Plaintiff
INTERNATIONAL SHIPBREAKING LIMITED, LLC

---

INTERNATIONAL SHIPBREAKING LIMITED, LLC,

    Plaintiff,

-against-

KEVIN J. McCABE individually and doing business as PARTRIDGE HOLDINGS, LLC, MARY LOU McCABE, MICHAEL C. DONOVAN, AGRICULTURAL EVOLUTION, INC. (d/b/a AGRICULTURAL EVOLUTION, LLC), DEBORAH I. MALDEN, RAVENSROCK CAPITAL PARTNERS, LLC., and MOSES & SINGER, LLP.

    Defendants.

Case No.: 07-cv-10532 (WCC)

ECF CASE

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

---

Pursuant to Federal Rule of Civil procedure 41(a)(1), Plaintiff International Shipbreaking Limited, LLC hereby voluntarily dismisses, without prejudice, the Complaint as to each and every defendant, with each party to bear its own costs, expenses and attorneys' fees, notice to the clerk being hereby waived.

Dated: February 11, 2008

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: stamp]

SO ORDERED.
Dated: White Plains, NY
      Feb. 25, 2008

_William C. Conner_
WILLIAM C. CONNER, Sr. U.S.D.J.

HEIMERL LAW FIRM
Attorney for Plaintiff

By: _Wolfgang Heimerl, Esq._

E-
COPIES MAILED TO COUNSEL OF RECORD